ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
CIGNA LIFE INSURANCE COMPANY OF NEW YORK

FRANK N. DARRAS (SBN 128904)
Email: Frank@DarrasLaw.com
LISSA A. MARTINEZ (SBN206994)
Email: LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY (SBN 203004)
Email: SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER (SBN 273236)
Email: PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:     (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff,
KEITH HENLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HENLEY,<br><br>                Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>                Defendant. | Case No.: 1:13-cv-02058-LJO-GSA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON**<br><br>**[Civil Local Rules 143 and 144]**<br><br>Action Filed: December 17, 2013<br>Trial Date:    None |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rules 143 and 144, by and

between plaintiff Keith Henley and defendant Cigna Life Insurance Company of New York ("CLICNY") through their attorneys of record, as follows:

    1.    Defendant CLICNY was served with the Summons and Complaint in this action on December 30, 2013;

    2.    The parties agreed that Defendant CLICNY may have a 28 day extension of time to and including February 18, 2014 to answer or otherwise respond to the Complaint filed in this action pursuant to the first stipulation of the parties;

    3.    The parties have agreed that CLICNY may have an addition six (6) day extension of time to and including February 24, 2014 to answer or otherwise respond to the Complaint; and

    4.    This extension of time to respond to the Complaint does not alter the date of any event or deadline already fixed by Court Order.

Dated: February 14 , 2014    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
    ADRIENNE C. PUBLICOVER
    DENNIS J. RHODES
    Attorneys for Defendant
    CIGNA LIFE INSURANCE COMPANY OF NEW YORK

Dated: February 14, 2014    DARRASLAW

By: /s/ Lissa A. Martinez
    FRANK N. DARRAS
    LISSA A. MARTINEZ
    SUSAN B. GRABARSKY
    PHILLIP S. BATHER
    Attorneys for Plaintiff
    KEITH HENLEY

///

///

///

///

**ORDER**

Based on the parties' stipulation set forth above, Defendant Cigna Life Insurance Company of New York shall file a response to Plaintiff's complaint on or before February 24, 2014.

IT IS SO ORDERED.

Dated:   **February 18, 2014**                         **/s/ Gary S. Austin**
                                                                                            UNITED STATES MAGISTRATE JUDGE