5
ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
CIGNA LIFE INSURANCE COMPANY
OF NEW YORK

FRANK N. DARRAS (SBN 128904)
Email: Frank@DarrasLaw.com
LISSA A. MARTINEZ (SBN206994)
Email: LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY (SBN 203004)
Email: SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER (SBN 273236)
Email: PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:    (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff,
KEITH HENLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HENLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>                    Defendant. | Case No.: 1:13-cv-02058-LJO-GSA<br><br>**STIPULATION  AND ORDER TO EXTEND TIME TO LODGE THE ADMINISTRATIVE RECORD**<br><br>**[Civil Local Rule 144]**<br><br>Action Filed: December 17, 2013<br>Trial Date:     March 17, 2015 |

1

1        Plaintiff, Keith Henley and defendant Cigna Life Insurance Company of New York

2   ("CLICNY"), through their attorneys of record, hereby stipulate for an order extending the

3   date for lodging the Administrative Record for good cause as follows:

4        On April 2, 2014, this Court entered the Scheduling Conference Order setting the May 15,

5   2014 as the date for lodging the Administrative Record.  Plaintiff and CLICNY are in the midst of

6   settlement discussions which the Parties anticipate will resolve the matter within in the next two to

7   three weeks.   Because of ongoing settlement discussions, the Parties request that the date for

8   lodging the Administrative record be continued from May 15, 2014 to June 12, 2014.

9        The Parties will notify the Court once the matter has been settled.  In the event the matter is

10   not settled by June 12, 2014, CLICNY will lodge the Administrative Record by June 12, 2012.

11

12   RESPECTFULLY SUBMITTED:

13

14   Dated:  May 15, 2014          WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

15

16                                       By: */s/Dennis J. Rhodes* _____
                                       ADRIENNE C. PUBLICOVER

17                                          DENNIS J. RHODES
                                       Attorneys for Defendant

18                                          CIGNA LIFE INSURANCE COMPANY OF
                                       NEW YORK

19

20   Dated:  May 15, 2014          DARRASLAW

21                                       By:*/s/Phillip S. Bather* _____
                                       FRANK N. DARRAS

22                                          LISSA A. MARTINEZ
                                       SUSAN B. GRABARSKY

23                                            PHILLIP S. BATHER
                                       Attorneys for Plaintiff

24                                          KEITH HENLEY

25   ///

26   ///

27   ///

28   ///

STIPULATION TO EXTEND TIME TO LODGE THE ADMINISTRATIVE RECORD
1212488v.1                                           Case No.: 1:13-02058-LJO-GSA

**ORDER**

Based on the above stipulation, the parties shall lodge the administrative record no later than June 12, 2014.  The parties shall promptly notify the Court if this case settles.


IT IS SO ORDERED.

Dated:   **May 16, 2014**                            **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO LODGE THE ADMINISTRATIVE RECORD
1212488v.1                                                           Case No.: 1:13-02058-LJO-GSA