1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com

2  LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com

   PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

3  DARRASLAW

4  3257 East Guasti Road, Suite 300

   Ontario, California 91761-1227

5  Telephone:   (909) 390-3770

6  Facsimile:   (909) 974-2121

7  Attorneys for Plaintiff

8  KEITH HENLEY

9  ADRIENNE C. PUBLICOVER #161432, adrienne.publicover@wilsonelser.com

10 DENNIS J. RHODES #168417, dennis.rhodes@wilsonelser.com

11 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   525 Market Street, 17th Floor

12 San Francisco, CA94105

   Telephone:  (415) 433-0990

13 Facsimile: (415) 434-1370

14

15 Attorneys for Defendant

   LIFE INSURANCE COMPANY OF NORTH AMERICA

16

17               UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19

20 KEITH HENLEY,                        Case No: 1:13-CV-02058-LJO-GSA

21         Plaintiff,                   **STIPULATION RE VOLUNTARY**
                                        **DISMISSAL OF ENTIRE ACTION**
22    vs.                              **WITH PREJUDICE; AND**
                                        **ORDER**
23
   CIGNA LIFE INSURANCE
24 COMPANY OF NEW YORK,

25
         Defendant.
26

27

28      IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff KEITH

1  HENLEY, and defendant CIGNA LIFE INSURANCE COMPANY OF NEW

2  YORK, and their attorneys of record, that the parties have resolved this matter in

3  its entirety.

4      IT IS HEREBY AGREED that the complaint and any counterclaim on file

5  herein shall be dismissed with prejudice, each side to bear their own attorney fees

6  and costs.

7  Dated: June 24, 2014                    DARRASLAW

8                                          /s/ Phillip S. Bather
                                           _____
9                                          FRANK N. DARRAS

10                                         LISSA A. MARTINEZ

11                                         PHILLIP S. BATHER
                                           Attorneys for Plaintiff
12                                         KEITH HENLEY

13  Dated: June 24, 2014                   WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP
14
                                           /s/ Dennis J. Rhodes
15                                         _____
                                           ADRIENNE C. PUBLICOVER
16                                         DENNIS J. RHODES
                                           Attorneys for Defendant
17                                         CIGNA LIFE INSURANCE

18                                         COMPANY OF NEW YORK

19

20                          **ORDER**

21      **IT IS SO ORDERED.**

22      **The Clerk of Court is Directed to Close this Case**

23

24  Dated: June 27, 2014       /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE
25

26

27

28